IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>REYNALDO DE LOS ANGELES,<br><br>                 Defendant. | 4:14CR3149<br><br>**ORDER** |

      Defendant's retained counsel, Robert Creager, has moved to withdraw and for appointment of counsel. (Filing Nos. 15 & 16). The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

      IT IS ORDERED:

1)     Defense counsel's motion to withdraw, (filing no. 15), is granted. Robert Creager is hereby withdrawn as counsel, and he shall promptly notify the defendant of the entry of this order.

2)     The clerk shall delete Robert Creager from any future ECF notifications herein.

3)     The clerk shall forward this memorandum and order to the Federal Public Defender.

4)     The defendant's motion for appointment of counsel, (Filing No. 16), is granted. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

6) Defendant's motion to continue, (Filing No. 17), is granted. The trial of this case is continued pending further order of the court. A new trial date will not be set at this time. Instead, a conference will be held at 2:00 p.m. on June 16, 2015 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting.

7) Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. The time between today's date and June 16, 2015 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

June 3, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge